**Electronically Filed
Supreme Court
SCWC-24-0000814
12-JUN-2025
08:21 AM
Dkt. 15 ODAC**

SCWC-24-0000814

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

RUDRA TAMM, TRUSTEE OF THE RUDRA TAMM REVOCABLE TRUST,
Respondent/Plaintiff-Appellee,

vs.

HEIRS OF MIKELA, aka MAKILA; HEIRS OF KOLOPO, aka KALOPA;
HEIRS OF KAUALUA and KIMO; HEIRS OF KEKAA; HEIRS OF KANEI, aka
KANEI NUI, aka ENOKA SAMUEL KANEI, SR.; HEIRS OF JENNIE LEE TU,
aka JENNIE KANEI NAMAKAEHA; HEIRS OF GEORGIANA HAUMEA; HEIRS OF
ARTHUR AKAOKANALOA KANEI; HEIRS OF KIMOKEO KANEI, aka JAMES
KIMOKEO KANEI; HEIRS OF MARY KANEI KAUO, aka MARY KEKUALAULII
KANE KUEHO, aka MARY KEKOA KAUO, aka MARY KAUO aka MARY KANEI;
HEIRS OF HELENA KANEI PEOPLES, aka HELEN ELENA PEOPLES; HEIRS OF
WILLIAM KAWELO, aka DAVID KANEI; HEIRS OF ESTHER KALEONIPAKULANI
NAEHU KANEI aka ESTHER KALEONIPAKULANI KANEI DANA, aka ESTHER K.
DANA; HEIRS OF KAPUA KANEI; HEIRS OF JOHN KALUA KANEI; HEIRS OF
DAVID KALUA KANEI; HEIRS OF ROBERT OLIOLI KAUAKAHI; HEIRS OF
ANNIE PUULEI RODRIGUES, aka ANNIE K. RODRIGUES; HEIRS OF JENNIE
LEE TU, aka JENNIE KANEI NAMAKAEHA, aka JENNEI KANEI; HEIRS OF
KINI NAMAKAEHA; HEIRS OF R. PUUKI; HEIRS OF KAUMEALANI KANEI;
HEIRS OF GEOGIANI HAUMEA, aka KEOKIANA HAUMEA; HEIRS OF SAMUEL
HAUMEA, aka SAMUEL I. HAUMEA, SR; HEIRS OF DAVID HAUMEA, JR.;
HEIRS OF BENJAMIN HAUMEA; HEIRS OF JOSEPH HAUMEA, aka JOSEPH I.
HAUMEA; HEIRS OF MRS. HANNAH MEYERS, aka JOAN H. MEYERS, aka
MRS. HERMAN R. MEYERS; HEIRS OF MRS. KALANIHOU VALMOJA; HEIRS OF
ELIZABETH ELIZA VALMOJA; aka ELIZABETH VALMOJA, aka ELIZABETH H.
VALMOJA; HEIRS OF MRS. MARY ANN KEKUWAHAI PIMENTAL, aka MARY A.
K. PIMENTAL; HEIRS OF MRS. LILY MARTIN; HEIRS OF JOHN HAUMEA;
HEIRS OF MARY HAUMEA; HEIRS OF HAUMEA LEFITI; HEIRS OF ROSE A.
ANDRADE; HEIRS OF MAURICIA K. HARADA; HEIRS OF ELIZABETH
VALMOJA, aka ELIZABETH ELIZA VALMOJA, aka ELIZABETH H. VALMOJA;

HEIRS OF MARY ANN KEKUWAHAI PIMENTAL, aka MARY A.K. PIMENTAL; HEIRS OF ELEANOR KEAKA WAILANI TAI HOOK HAUMEA, aka ELEANOR TAI HOOK HAUMEA, aka ELEANOR K.T.H. HAUMEA, aka ELEANOR HAUMEA; ANNETTE K. HAUMEA, Personal Representative of the Estate of ELEANOR HAUMEA; HEIRS OF GRACE ATKINS, aka GRACE PEPE ATKINS; HEIRS OF KEAWE B. LEFITI; HEIRS OF MRS. GEORGIANA KAIHEWALU aka GEORGIANO CASTRO; HEIRS OF ANTHONY FRANCIS CASTRO; HEIRS OF ARTHUR AKAOKANALOA KANEI, aka ARTHUR K. KANEI; HEIRS OF ARTHUR K. KANEI, JR.; HEIRS OF MITSUKO KANEI; HEIRS OF GARY S. KANEI; HEIRS OF TERRY KANEI; HEIRS OF DEBBIE KANEI; HEIRS OF ELEANOR PAUAHINUIKALEHUA KANEI DOIRON, aka ELEANOR P.K. DOIRON, aka ELEANOR PAUAHI; KANEI DOIRON; IRIS M. DOIRON; HEIRS OF GEORGETTE MAPUANA HARRISION, aka GEORGETTE MAPUANA SAFFERY; IRIS M. DOIRON; HEIRS OF ELIZABETH GIFFORD, aka ELIZABETH LEIMOMI GIFFORD; HEIRS OF EMERY JOSEPH GIFFORD; HEIRS OF JOHN DANA, aka JOHN LAWRENCE DANA; HEIRS OF KAPUA KANEI, aka KAPAU KALUA KANEI; HEIRS OF ROBERT OLEOLE KAUAKAHI; HEIRS OF ANNIE BORABORA, aka ANNEI K. RODRIQUES, aka ANNIE PUULEI KANEI; HEIRS OF GLADIOLA KANEI; HEIRS OF DAVID KANEI, SR.; HEIRS OF LUCY HIRONAKA; HEIRS OF MARTHA CALDEIRA; HEIRS OF VICTORIA EFF; HEIRS OF LOUISE MORALES; HEIRS OF MILTON KANEI; HEIRS OF WAYNE KANEI; HEIRS OF MELANIE KANEI HODGES; HEIRS OF CHRISTINE KANEI FUENTES; HEIRS OF DARLENE KANEI, aka DARLENE KEHAULANI KANEI, aka DARLENE K. MENDES, aka DARLENE KEHAULANI KANEI-MENDES; HEIRS OF KATHLEEN CALDEIRA; HEIRS OF JUDY CALDEIRA; HEIRS OF EDWIN CALDEIRA, JR.; HEIRS OF KAREN CALDEIRA; HEIRS OF LAWRENCE KALUE KANEI; HEIRS OF GLADIOLA KEALOHA CAMPBELL; HEIRS OF DAVID KALUA KANEI, JR.; HEIRS OF CHARLES KALUA KANEI, aka CHARLES KANEI; HEIRS OF LUCY MAKAOPIOPIO HIRONAKA; HEIRS OF MARTHA KEALA CALDEIRA; HEIRS OF VICTORIA LEILANI EFF, aka VICTORIA EFF; HEIRS OF LOUISE ULULANI MORALES, aka LOUISE MORALES; HEIRS OF MILTON KANEI; aka MILTON KALUA KANEI; HEIRS OF WAYNE KALUAWAIPUKUI KANEI, aka WAYNE KANEI; HEIRS OF ELIZABETH CALEIRA, aka ELIZABETH L. CALEIRA; HEIRS OF MELANIE MEHEALANI HODGES, aka MELANIE KANEI HODGES; HEIRS OF CHRISTINE NOELANI FUENTES, aka CHRISTINE NOELANI WONG; HEIRS OF DARLENE KEHAULANI KANEI, aka DARLENE KANEI; HEIRS OF JEANETTE LEILANI KAMAKA; HEIRS OF PHILLIP PUUWEHIWEHI CAMPBELL; HEIRS OF DERECK HAKALANI CAMPBELL; HEIRS OF DELPHINE POHAIOKALANI WAIKIKI; HEIRS OF PATRICK HENRY CAMPBELL; HEIRS OF VERNON KEALOHA CAMPBELL; HEIRS OF LAVERNE MEHEALANI PAUOLE; HEIRS OF KATHLEEN HAUNANI CALDEIRA; HEIRS OF KAREN NALANI CALDEIRA SINGSON; HEIRS OF EDWIN MARQUES CALDEIRA JR.; HEIRS OF EDWIN MARQUES CALDEIRA, SR.; HEIRS OF JESSIE MARQUES CALDEIRA MACAHELEG; HEIRS OF JUDY LEINAALA CALDEIRA, aka JUDY COOPER; HEIRS OF SANDRA LEE GRIGG, aka SANDRA L. GRIGG; OFFICE OF HAWAIIAN AFFAIRS; DEPARTMENT OF TAXATION, HAWAI'I; DEPARTMENT OF

LABOR AND INDUSTRIAL RELATIONS, HAWAI'I; U.S. DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE, Respondents/Defendants-Appellees,

and

ALICE K. NAMAKAEHA-FIFITA, Petitioner/Interested Party-Appellant.
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000814; 5CCV-23-0000091)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's application for writ of certiorari filed May 23, 2025, and amended applications for writ of certiorari filed May 28, 2025, and May 30, 2025, are hereby rejected.

Petitioner's Motion for Leave to Proceed In Forma Pauperis, filed on May 29, 2025, is denied as unnecessary. See Hawai'i Rules of Appellate Procedure Appendix B.

DATED: Honolulu, Hawai'i, June 12, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens